IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

SHANNON LABRANCE HORNE,  *
                         *
    Plaintiff,            *
                         *
    v.                    *    CV 615-044
                         *
GARRETT NEVIL, KAYE DRIGGERS,  *
and JOHN STATEN,          *
                         *
    Defendants.           *

## O R D E R

Presently before the Court is the parties' joint Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 71.) Accordingly, this matter shall be **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 31ST day of July, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA